| | AUSA:   Frank Dame | Telephone: (313) 226-9100 |
|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent:   Brian Cawrse | Telephone:  (313) 965-2323 |

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Michigan

United States of America
   v.

David White

Case No.    2:26-mj-30094
Judge: Unassigned,
Filed: 02-20-2026 At 11:24 AM
CMP USA V. DAVID WHITE (DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____February 20, 2026_____ in the county of _____Wayne_____ in the
_____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(1) | Transporatation of child pornography |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Brian Cawrse, Special Agent
_____
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __February 20, 2026_____

City and state: _Detroit, MI_____

_____
Judge's signature

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
_____
Printed name and title

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR
A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Brian Cawrse, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

1.      I have been employed as a Special Agent of the FBI since 2022 and am currently assigned to the FBI Detroit Division.  While employed by the FBI, I have participated in many aspects of federal investigations including, but not limited to, subject, victim, and witness interviews, analysis of telephone and financial records, and assisting with the preparation and execution of arrest and search warrants. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting federal investigations.

2.      I have received training in the area of child pornography and child exploitation and have reviewed examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. §§ 2251, 2422(b), and 2252A. I am authorized by law to request an arrest warrant.

3.      This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for David Donnell White Jr. (WHITE), for violations of 18 U.S.C. § 2252A(a)(1) (transportation of child pornography).

1

4.      The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, information gathered from investigative sources of information, interviews, and my experience, training, and background as a Special Agent.

5.      This affidavit is submitted for the limited purpose of securing a complaint and arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only facts necessary to establish probable cause that WHITE has violated 18 U.S.C. § 2252A(a)(1).

**PROBABLE CAUSE**

6.      On or about January 8, 2026, the FBI examined information that Synchronoss, a Verizon-related cloud storage platform, had provided to the National Center for Missing and Exploited Children (NCMEC). That information included files of interest determined to be child pornography. The NCMEC Cybertip was associated with telephone number 810-XXX-7937 and IP address 68.61.230.87.

7.      That same day, FBI Detroit performed a query of a law enforcement database for the number 810-XXX-7937. The FBI found 48 NCMEC Cybertips. A subsequent query of the same law enforcement database for IP address 68.61.230.87 revealed 31 NCMEC Cybertips.

8.      The FBI served an administrative subpoena on Comcast on or about January 9, 2026, for the billing and subscriber information associated with IP address

2

68.61.230.87. Comcast sent the return the same day. WHITE is the subscriber for the account, and the billing address and service address for the IP address was 33XX9 Cherry Hill Rd, Westland, MI 48186. The phone number associated with both the account and WHITE is 810-XXX-7937 (i.e., the same number provided in the initial NCMEC Cybertip).

9.     The Michigan Department of Corrections Offender Tracking Information System shows that in October 2018 WHITE sentenced to a five-year term of probation in Genessee County following his conviction for multiple counts of possession of child sexually abusive material (CSAM). MDOC's OTIS database indicates that WHITE was discharged from probation on August 16, 2023.

10.    I reviewed many of the images and videos from the Cybertips associated with the 810-XXX-7937 and IP address 68.61.230.87, and the vast majority of the images and videos met the federal definition of child pornography, to include the following:

a.     A video titled "23158025c7…." that depicted scenes of multiple separate toddler aged females being penetrated vaginally by different adult males' penises, from a Cybertip submitted on October 6, 2025.

3

b.      A video titled "2ffe61f427…." that depicted a video of an adult man ejaculating into the mouth of an infant, from a Cybertip submitted on October 6, 2025.

c.      A video titled "c31835dbcb…." that depicted a video of a prepubescent female performing oral sex on an adult male, submitted on August 24, 2025.

d.      Four still images of minor females displaying their genitals, from a Cybertip submitted on January 21, 2022, while WHITE was still on probation.

11.     According to information from the Michigan Secretary of State, WHITE's Michigan driver's license lists 33XX9 Cherry Hill Rd, Westland, MI 48186 as his residence. WHITE's license was issued on June 11, 2025, and expires on June 4, 2029.

12.     On February 20, 2026, the FBI executed a federal search warrant at WHITE's residence. During the search, WHITE's mobile phone—a Samsung Galaxy—was located, and a preliminarily review was conducted on scene. During the preliminary review, no images that clearly meet the federal definition of child pornography were located—although three images from December 1, 2025, depicting two minor girls exposing their breasts were located. A password-protected

4

folder was also discovered on the device. The review of the device, including the password-protected folder, is still ongoing

13. During the search of his residence, I advised WHITE of his *Miranda* rights and interviewed him. During the interview, WHITE told me that his phone number is 810-XXX-7937—the same number associated with both the 48 NCMEC Cybertips and the images described above in paragraph 10. He further admitted that the device he used was a Samsung Galaxy. After I asked for the password to access his phone, WHITE terminated the interview.

## CONCLUSION

14. Based on the foregoing, there is probable cause to believe that David Donnell White Jr. committed violations of 18 U.S.C. § 2252A(a)(1) (transportation of child pornography).

Respectfully submitted,

Brian Cawrse, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. Elizabeth A. Stafford
United States Magistrate Judge

Date: February 20, 2026

5